# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 4/18/2023 |
| Case: 23−10173−GLT | Form ID: pdf900 | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust   Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
tr    Ronda J. Winnecour          cmecf@chapter13trusteewdpa.com
aty   Kenneth P. Seitz            thedebterasers@aol.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Karl W. Krouse          4408 Wilcox Road       Wilcox, PA 15870
jdb         Betty C. Krouse         4408 Wilcox Road       Wilcox, PA 15870
15588963    Affirm, Inc.    Attn: Bankruptcy     30 Isabella St, Floor 4    Pittsburgh, PA 15212
15588964    Credit Collection Services    Attn: Bankruptcy    725 Canton St    Norwood, MA 02062
15588965    Geraldine M. Linn, Esquire    KML Law Group, PC    701 Market Street, Suite 5000    Philadelphia, PA 19106
15588966    Holiday Financial Serv      300 Walmart Dr Ste 150    Ebensburg, PA 15931
15588967    M&T Bank      1 Fountain Plaza      Buffalo, NY 14203
15588968    OneMain Financial    Attn: Bankruptcy    Po Box 3251    Evansville, IN 47731
15588969    Syncb/Harbor Freight    Attn: Bankruptcy    Po Box 965060    Orlando, FL 32896

TOTAL: 9