# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-10173-GLT |
|     Karl W. Krouse and | : | |
|     Betty C. Krouse, | : | Chapter 13 |
|                 **Debtors** | : | |
| | : | |
|     Karl W. Krouse and | : | |
|     Betty C. Krouse, | : | |
|                 **Movants** | : | |
| | : | |
|           v. | : | |
| | : | |
|     M&T Bank, | : | |
|                 **Respondent** | : | |
| | : | |
|     Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee, | : | |
|                 **Additional Respondent** | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Loss Mitigation Order dated June 13, 2023, on the parties at the addresses on the attached matrix by first class mail.

| | |
|---|---|
| Date: <u>June 14, 2023</u> | /s/ Jessica L. Tighe<br>Jessica L. Tighe; Legal Asst.<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658<br>Tel: 814.536-7470<br>Fax: 814.536-9924 |

1

## MATRIX OF PARTIES SERVED

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

M&T Bank
Attn: Loss Mitigation
P.O. Box 840
Buffalo, NY 14240-0840

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Karl W. Krouse
Betty C. Krouse
4408 Wilcox Road
Wilcox, PA 15870