# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 23-10173-JCM |
| Karl W. Krouse and | |
| Betty C. Krouse, | Chapter 13 |
| Debtors | |
| | |
| Karl W. Krouse and | |
| Betty C. Krouse, | |
| Movants | |
| | |
| v. | |
| | |
| M&T Bank, | |
| Respondent | |
| | |
| Ronda J. Winnecour, Esquire, | |
| Chapter 13 Trustee, | |
| Additional Respondent | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order dated October 26, 2023, approving the Motion to Extend the Loss Mitigation Period, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>October 30, 2023</u>     /s/ Jessica L. Tighe
Jessica L. Tighe; Legal Assistant
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
Tel: 814.536-7470
Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

M&T Bank
Attn: Lynette Mitscher
475 Crosspoint Parkway
Getzville NY 14068

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Karl W. Krouse
Betty C. Krouse
4408 Wilcox Road
Wilcox, PA 15870