# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 23-10173-JCM |
| Karl W. Krouse and | : | |
| Betty C. Krouse, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Karl W. Krouse and | : | |
| Betty C. Krouse, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| M&T Bank, | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for The Law Offices of Kenny P. Seitz, hereby certify I am over the age of eighteen years old and certify under penalty of perjury that I served the Order dated January 3, 2024, approving the Motion to Extend the Loss Mitigation Period, on the parties at the addresses on the attached matrix by first class mail.

Date: <u>January 4, 2024</u>                              /s/ Jessica L. Tighe
                                                          Jessica L. Tighe; Legal Assistant
                                                          Law Offices of Kenny P. Seitz
                                                          P.O. Box 211
                                                          Ligonier, PA 15658
                                                          Tel: 814.536-7470
                                                          Fax: 814.536-9924

## MATRIX OF PARTIES SERVED

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

M&T Bank
Attn: Lynette Mitscher
475 Crosspoint Parkway
Getzville NY 14068

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh, PA 15219
** served electronically **

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222

Karl W. Krouse
Betty C. Krouse
4408 Wilcox Road
Wilcox, PA 15870