**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

KARL W. KROUSE
BETTY C. KROUSE
            Debtor(s)

Ronda J. Winnecour
            Movant
        vs.
No Respondents.

Case No.:23-10173

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/06/2023  and confirmed on 06/08/2023 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,480.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,480.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,934.23 | |
| Trustee Fee | 559.73 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,493.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| M & T BANK | 0.00 | 6,986.04 | 0.00 | 6,986.04 |
| Acct: 8616 | | | | |
| M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8616 | | | | |
| M & T BANK | 38,911.11 | 0.00 | 0.00 | 0.00 |
| Acct: 8616 | | | | |
| JONES TOWNSHIP MUNICIPAL AUTHORIT | 3,772.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0091 | | | | |
| | | | | 6,986.04 |
| | | | | |
| Priority | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KARL W. KROUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 5,000.00 | 1,934.23 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

23-10173    **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 173G | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9880 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2104 | | | | |
| LVNV FUNDING LLC | 318.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0051 | | | | |
| WEST PENN POWER* | 5,212.53 | 0.00 | 0.00 | 0.00 |
| Acct: 2485 | | | | |
| ECMC(*) | 11,588.20 | 0.00 | 0.00 | 0.00 |
| Acct: 6536 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 328.64 | 0.00 | 0.00 | 0.00 |
| Acct: 4604 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THOMAS AND KRIEG PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                            6,986.04

TOTAL CLAIMED
PRIORITY                              0.00
SECURED                         42,683.11
UNSECURED                       17.448.22

Date: 10/03/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com